

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00678-CV

In the Interest of **N.M.**, X.T., and A.T., Children

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02354
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE MARTINEZ, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED.

SIGNED April 13, 2016.

_____
Karen Angelini, Justice